IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA RENE WEBBER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-22-0972-HE |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner") denying her applications for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-34, and supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-83f. On January 29, 2024, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation recommending that the Commissioner's decision be reversed and remanded for further proceedings.

The parties were advised of their right to object to the Report and Recommendation by February 12, 2024. The Commissioner has filed a response to the Report and Recommendation advising that he will not be filing an objection to the Report and Recommendation. Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #23] and **REVERSES** the decision of the Commissioner and **REMANDS** this matter for further administrative proceedings.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE